IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AVRAHOM ORLOFF, MOSHE SILBER, Buckingham and Crestview TIC I LLC, Buckingham and Crestview TIC II LLC, and Buckingham and Crestview TIC III LLC,

        **Plaintiff(s),**

      v.

USHA KAMARIA, RAJIV KAMARIA, BUCKINGHAM SQUARE LLC, AND CRESTVIEW MANOR APARTMENTS LLC,

        **Defendant(s)/**
        **Third-Party Plaintiff(s),**

      v.

        **Third-Party Defendant(s).**

Civil Action No. 23-50097

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaitniffs, (type of party) who is Buckingham and Crestview TIC I, II, and III LLC (name of party), makes the following disclosure:

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☒ YES   ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

-Buckingham and Crestview TIC I LLC: No parent corporation.

-Buckingham and Crestview TIC II LLC: parent corporation is 707 W. 48th St., LLC (a California LLC).

-Buckingham and Crestview TIC III LLC: parent corporation is Value Add Holdings LLC (a California LLC)

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

No such corporation exists

    The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Matthew J. Mc Carter
Signature of Counsel for Party

Date: March 29, 2023

Page 2 of 2