IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Avrahom Orloff, et al., | ) | |
| | ) | |
|       Plaintiffs, | ) | |
| | ) | Case No. 23 CV 50097 |
| v. | ) | |
| | ) | Hon. Iain D. Johnston |
| | ) | |
| Usha Kamaria, et al., | ) | |
| | ) | |
|       Defendants. | ) | |

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

      The plaintiffs served a subpoena on third party Listing Leaders Northwest, Inc. for records, returnable on 2/7/2024. Listing Leaders' managing broker Erik Hoelzeman sought and obtained the plaintiffs' agreement to extend the returnable date to 3/29/2024. But Listing Leaders has still not produced the requested records and 1has not returned the plaintiffs' attempts to contact it. Listing Leaders and Mr. Hoelzeman also failed to appear for presentment of the plaintiffs' rule to show cause on 5/30/2024 or participate in a telephonic status hearing on 7/2/2024 after being served with notice to do so. Before the Court is Judge Schneider's Report and Recommendation that Listing Leaders and Hoelzeman be held in contempt of court under Fed. R. Civ. P. 45(g). Dkt. 77. Judge Schneider gave Listing Leaders and Hoelzeman to 8/29/2024 to object, but to date they have not done so. In the absence of any objection, the Court accepts the Report and Recommendation [77] in limited part as follows: it holds the subpoenaed party, Listing Leaders Northwest, Inc., in contempt of court under Fed. R. Civ. P. 45(g) for its failure to respond to the plaintiffs' subpoena or to participate in any of the hearings about its failure to respond. By 10/15/2024 the plaintiffs shall file a motion with this Court identifying the precise sanction(s) sought. The plaintiffs shall set the motion for presentment on a day and time obtained from this Court's operations specialist before filing the motion, and shall serve notice of the motion, the hearing, and this minute entry on Listing Leaders Northwest, Inc. at the address where it was served the subpoena, by both first-class mail and certified mail, and shall file the

green card evidencing delivery of the certified mail as soon as it is returned by the post office. The plaintiffs shall also serve notice of the motion, hearing, and this minute entry by first-class mail and certified mail on Mr. Hoelzeman, and the plaintiff shall also file that green card when received. Mr. Hoelzeman is directed to appear in person unless counsel appears at the hearing for Listing Leaders Northwest, Inc. Listing Leaders Northwest, Inc.'s failure to appear by counsel, or Mr. Hoelzeman's failure to appear in person if no counsel appears for Listing Leaders Northwest, Inc., may result in the Court's issuance of a body attachment directed at Mr. Hoelzeman as Listing Leaders Northwest, Inc.'s corporate representative. Alternatively, given the parties' recent efforts to settle, the plaintiffs may notify the Court that they no longer want to proceed with the subpoena.

Date:  October 2, 2024  _____
Iain D. Johnston
United States District Judge