# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Western Division

Avrahom Orloff, et al.
                        Plaintiff,

v.                                                  Case No.: 3:23−cv−50097
                                                   Honorable Iain D. Johnston

Usha Kamaria, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 31, 2024:

      MINUTE entry before the Honorable Iain D. Johnston: Motion hearing held on 10/31/2024 on Plaintiff's motion for sanctions [86]. No appearance made by or on behalf of Listing Leaders Northwest Inc or Erik Hoelzeman. The motion and the plaintiff's oral motion to supplement are granted. Sanctions are imposed jointly and severally on Listing Leaders Northwest Inc. and Erik Hoelzeman in the amount of $2715.40. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.